# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GREENSTONE FARM CREDIT SERVICES ACA, et al.,

    Plaintiffs,

v.                                                                               Case No. 10-C-976

THOMAS J ORT, et al.,

    Defendants.

## ORDER GRANTING MOTION TO COMPEL

This matter came before the Court for a telephone hearing on Plaintiff's Motion to Compel Discovery. Upon consideration of the arguments of counsel and the entire file in this matter, the Court hereby enters the following order:

1) On or before March 1, 2011, Defendants must supplement their answer to interrogatory number 6. Specifically, Defendants must provide under oath a) the substance of the statements made to them that led them to believe they would not be personally liable on the guarantees they signed; b) the name of the individual or individuals who made such statements; c) when and where such statements were made; and d) the identity of any witnesses with information concerning such statements.

2) On or before March 1, 2011, the Defendants shall supplement their answer to interrogatory number 7. Specifically, Defendants are to set forth in detail the circumstances surrounding the transfer of any stock of Tigerton Lumber Company owned by either of them in the past three years, specifically identifying the amount of stock, the date of the transfer, the price or

other consideration provided for the stock, the method used to determine the price, the purchaser of the stock, and any additional terms related to the sale.

Absent good cause, Defendants shall be barred from offering any testimony or other evidence in support of the affirmative defenses referenced above unless they comply with this order and the obligation to supplement answers to discovery as set forth in Fed. R. Civ. P. 26.

**SO ORDERED** this   22nd   day of February, 2011.

 s/ William C. Griesbach
William C. Griesbach
United States District Judge